**Motion Denied; Appeal Dismissed and Memorandum Opinion filed August 22, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00290-CV

---

## CONSUMER COUNTY MUTUAL INSURANCE COMPANY, Appellant

## V.

## VIRGINIA WINGO, Appellee

**On Appeal from the 278th District Court**
**Walker County, Texas**
**Trial Court Cause No. 1025311**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed September 28, 2012. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The judgment does not dispose of all parties and is not a final judgment.

On June 13, 2013, appellant filed a motion to abate to permit the trial court to enter a final judgment. Appellee filed a response asking this court to dismiss the appeal. Appellant's motion to abate is denied.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.